FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASQUEZ, | NO. SA CV 06-1023 JSL (FMO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT M. KERNAN, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 8, 2008.

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE